# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SHAWN-RYAN WHITE & JAMES L. GIOVINETTI,

    Petitioners

    v.

VINCENT L. JOHNSON, IN HIS OFFICIAL CAPACITY AS PRESIDING OFFICIAL OF THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY AND THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, AND ERIC FEDER, IN HIS OFFICIAL CAPACITY AS PROTHONOTARY OF THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY AND THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, AND ROCHELLE BILAL, IN HER OFFICIAL CAPACITY AS SHERIFF OF THE CITY AND COUNTY OF PHILADELPHIA, AND UNKNOWN DEPUTY SHERIFF OR SHERIFFS OF THE CITY AND COUNTY OF PHILADELPHIA, IN THEIR OFFICIAL CAPACITY OR CAPACITIES AS DEPUTIES OR OTHERWISE AS SUBORDINATES TO THE SHERIFF OF THE CITY AND COUNTY OF PHILADELPHIA,

    Respondents

: No. 80 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW,** this 9th day of November, 2023, Petitioners' Application for Leave to File Original Process is **GRANTED**. Petitioners' requests for mandamus and injunctive

relief are **DENIED**. Respondents' Application for Relief to File a Response Nunc Pro Tunc

is **GRANTED**. The temporary stay granted by Order dated October 27, 2023 is **LIFTED**.